United States Bankruptcy Court
District of Maryland

In re:                                                                                                  Case No. 21-10212-NVA
Meta Karlise Townsend                                                                     Chapter 11
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-1        User: nguerra        Page 1 of 3
Date Rcvd: Jan 14, 2021        Form ID: 309E2        Total Noticed: 52

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Meta Karlise Townsend, 136 Clarence Avenue, Severna Park, MD 21146-1604 |
| 31734295 | + | American Coradius International LLC, 2420 Sweet Home Road, #150, Buffalo, NY 14228-2244 |
| 31734296 | | Anne Arundel County, Office of Finance, 441 Calvert Street, Annapolis, MD 21401 |
| 31734378 | + | Anne Arundel County, Maryland, Office of Law, 2660 Riva Road, 4th Floor, Annapolis, MD 21401-7055 |
| 31734297 | + | Apex Financial Services, LLC., 2 Reservoir Circle #100, Pikesville, MD 21208-6395 |
| 31734299 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, BANK OF AMERICA, PO BOX 982238, EL PASO, TX 79998-2238 |
| 31734298 | + | Baltimore City, 6700 Pulaski Hwy, Baltimore, MD 21237-1296 |
| 31734301 | + | Brumwells Instant Heating & AC Inc., 3915 Mountain Road, Pasadena, MD 21122-4448 |
| 31734302 | + | CENLAR, 425 Phillips Blvd, Trenton, NJ 08618-1430 |
| 31734303 | + | Center for Vein Restoration, 7300 Hanover Drive, Suite 303, Greenbelt, MD 20770-2249 |
| 31734305 | + | City of Dillon, NC, 401 West Main Street, Dillon, SC 29536-3367 |
| 31734309 | + | DHL Express USA, 16592 Collections Center Drive, Chicago, IL 60693-0001 |
| 31734293 | + | Equifax Information Services, LLC, PO Box 740256, Atlanta, GA 30374-0256 |
| 31734310 | | FBCS Consumer Contact Solutions, 3305 Warminster Road, #353, Hatboro, PA 19040 |
| 31734311 | + | Fedloan Servicing, PO Box 69184, Harrisburg, PA 17106-9184 |
| 31734312 | | Heart Associates, LLC, 7846 Oakwood Road #106, Glen Burnie, MD 21061 |
| 31734314 | + | Home Sweet Home DD, Inc., 136 Clarence Avenue, Severna Park, MD 21146-1604 |
| 31734315 | + | Home Sweet Home Inc. at Severna Park, 136 Clarence Avenue, Severna Park, MD 21146-1604 |
| 31734316 | + | Hunter Piel, Esq., 502 Washington Avenue, Suite 730, Towson, MD 21204-4525 |
| 31734317 | | ICS Financial Svcs Corp., PO Box 507, Jarrettsville, MD 21084-0507 |
| 31734321 | | MTA Bridges & Tunnels, Park 1, New York, NY 10035 |
| 31734322 | | MVA, 6601 Ritchie Hwy NE, Glen Burnie, MD 21062-1000 |
| 31734319 | + | Mark D. Collins, Esq., Richards, Layton & Finger, P.A., 920 North King Street, Wilmington, DE 19801-3301 |
| 31734320 | + | Maryland Transportation Authority, 2310 Broening Highway, Baltimore, MD 21224-6639 |
| 31734323 | | Myson Holding Company LLC, 900 MacPhail Crossing Unit 4C, Bel Air, MD 21015 |
| 31734324 | + | NewRez, LLC, PO Box 10826, Greenville, SC 29603-0826 |
| 31734325 | + | Plate Pass, LLC, 25274 Network Place, Chicago, IL 60673-1252 |
| 31734326 | + | Professional Account Management LLC, PO Box 37038, Washington, DC 20013-7038 |
| 31734327 | + | Samuel Mogavero, 1552 Fairview Beach Road, Pasadena, MD 21122-3219 |
| 31734375 | + | Secretary of the Treasury, 15 & Pennsylvania Avenue, Washington, DC 20220-0001 |
| 31734328 | + | Severna Park Veterinary Hospital, 4 Evergreen Road, Severna Park, MD 21146-3813 |
| 31734329 | | State of Delaware, PO Box 677, Dover, DE 19903 |
| 31734313 | ++ | THE HERTZ CORPORATION, 8501 WILLIAMS ROAD, ESTERO FL 33928-3325 address filed with court:, Hertz, 8501 Williams Road, Estero, FL 33928 |
| 31734330 | + | Thomas B. Day, MD, 7001 Johnnycake Road, Windsor Mill, MD 21244-2418 |
| 31734331 | + | Truist Bank, 214 N. Tryon Street, Charlotte, NC 28202-1078 |
| 31734377 | + | U.S. Attorney-District of MD, 4th floor, 36 S. Charles St., Baltimore, MD 21201-3020 |
| 31734333 | | Washington Heart Associates, Dr. Ramirez, 7845 Oakwood Road, Suite 106, Easton, MD 21601 |

TOTAL: 37

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| District/off: 0416-1 | User: nguerra | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 14, 2021 | Form ID: 309E2 | Total Noticed: 52 |

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: brett@bankruptcylawmaryland.com | Jan 14 2021 19:35:00 | Brett Weiss, The Weiss Law Group, LLC, 6404 Ivy Lane, Suite 650, Greenbelt, MD 20770 |
| tr | Email/Text: malmy@crowell.com | Jan 14 2021 19:37:00 | Monique D. Almy, Crowell & Moring, 1001 Pennsylvania Avenue, N.W., 10th Fl, Washington, DC 20004-2595 |
| 31734300 | Email/Text: webmaster@baycountryfinance.com | Jan 14 2021 19:37:00 | Bay Country Consumer Finance, 6619 Ritchie Hwy Ste 13, Glen Burnie, MD 21061-6401 |
| 31734304 | + Email/Text: BKNotices@medamerica.com | Jan 14 2021 19:37:00 | CEP America, LLC, 2100 Powell Street, Suite 920, Emeryville, CA 94608-1844 |
| 31734374 | Email/Text: Bankruptcymail@marylandtaxes.gov | Jan 14 2021 19:36:00 | Comptroller of the Treasury, Compliance Division, Room 409, 301 W. Preston Street, Baltimore, MD 21201 |
| 31734292 | Email/Text: Bankruptcymail@marylandtaxes.gov | Jan 14 2021 19:36:00 | State of Maryland, Comptroller of the Currency, Compliance Division, Room 409, 301 West Preston Street, Baltimore, MD 21201 |
| 31734294 | + Email/Text: bankruptcy.notifications@fisglobal.com | Jan 14 2021 19:37:00 | Chex System, Inc., Attn: Consumer Relations, 7805 Hudson Road, Suite 100, Saint Paul, MN 55125-1595 |
| 31734306 | + Email/Text: bankruptcydesk@colonialsavings.com | Jan 14 2021 19:37:00 | Colonial Savings, F.A., PO Box 2988, Fort Worth, TX 76113-2988 |
| 31734307 | + Email/Text: bankruptcy_notifications@ccsusa.com | Jan 14 2021 19:37:00 | Credit Collection Services, 2 Wells Ave, Newton, MA 02459-3225 |
| 31734308 | + Email/PDF: creditonebknotifications@resurgent.com | Jan 14 2021 19:45:13 | CreditOne Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 31734291 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 14 2021 19:36:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 31734318 | + Email/Text: bkrpt@retrievalmasters.com | Jan 14 2021 19:37:00 | Laboratory Corporation of America, PO Box 1235, Elmsford, NY 10523-0935 |
| 31734379 | + Email/Text: UIBankruptcyNotices.DLLR@maryland.gov | Jan 14 2021 19:38:00 | State of Maryland DLLR, Division of Unemployment Insurance, 1100 N. Eutaw Street, Room 401, Baltimore, MD 21201-2225 |
| 31734376 | Email/Text: atlreorg@sec.gov | Jan 14 2021 19:37:00 | Branch of Reorganization, Sec. & Exch. Commission, 3475 Lenox Road NE (Suite 1000), Atlanta, GA 30327-1232 |
| 31734332 | Email/Text: bankruptcytn@wakeassoc.com | Jan 14 2021 19:36:00 | Wakefield & Associates, 7005 Middlebrook Pike, Knoxville, TN 37909 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 31734373 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Centralized Insolvency Section, PO Box 21126 (DP-N-781), Philadelphia, PA 19114 |
| 31734334 | ##+ | Whiteford Taylor & Preston, LLP, 7501 Wisconsin Avenue, Suite 700W, Bethesda, MD 20814-6521 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

| District/off: 0416-1 | User: nguerra | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 14, 2021 | Form ID: 309E2 | Total Noticed: 52 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2021                     Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brett Weiss | brett@bankruptcylawmaryland.com  brettecf@gmail.com,r51781@notify.bestcase.com,chetan@BankruptcyLawMaryland.com |
| US Trustee - Baltimore | USTPRegion04.BA.ECF@USDOJ.GOV |

TOTAL: 2

| **Information to identify the case:** | |
|---|---|
| Debtor 1: **Meta Karlise Townsend** (First Name, Middle Name, Last Name) | Social Security number or ITIN: **xxx–xx–9787** <br> EIN: _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing): (First Name, Middle Name, Last Name) | Social Security number or ITIN: _ _ _ _ <br> EIN: _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: **District of Maryland** <br> Case number: **21–10212 NVA**   Chapter: **11** | Date case filed for chapter **11**   **1/12/21** |

Official Form 309E2 (For Individuals or Joint Debtors under Subchapter V)

# Notice of Chapter 11 Bankruptcy Case

02/20

**For the debtors listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 11 plan may result in a discharge of debt. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 10 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. Visit http://www.mdb.uscourts.gov/ and click on Filing Without An Attorney for additional resources and information.**

To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Meta Karlise Townsend | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 136 Clarence Avenue <br> Severna Park, MD 21146 | |
| 4. | **Debtor's attorney** <br> Name and address | Brett Weiss <br> The Weiss Law Group, LLC <br> 6404 Ivy Lane, Suite 650 <br> Greenbelt, MD 20770 | Contact phone 301–924–4400 <br> Email: brett@bankruptcylawmaryland.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Monique D. Almy <br> Crowell & Moring <br> 1001 Pennsylvania Avenue, N.W., 10th Fl <br> Washington, DC 20004–2595 | Contact phone (202) 508 8749 <br> Email: malmytrustee@crowell.com |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Baltimore Division <br> 101 West Lombard Street, Ste. 8530 <br> Baltimore, MD 21201 <br><br> Clerk of the Bankruptcy Court: <br> Mark A. Neal | Hours open: <br> 8:45 – 4:00 PM <br><br> Contact phone (410) 962–2688 <br><br> Date: 1/14/21 |

**For more information, see page 2 >**

| | | |
|---|---|---|
| Official Form 309E2 (For Individuals or Joint Debtors under Subchapter V) | **Notice of Chapter 11 Bankruptcy Case** | page 1 |

| 7. | **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **February 10, 2021 at 01:00 PM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **BY TELEPHONIC CONFERENCE: PLEASE CALL 866–626–4103 ENTER PASSCODE 2560365** |
|---|---|---|---|

8. **Deadlines**   The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines.

| **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | First date set for hearing on confirmation of plan. The court will send you a notice of that date later. |
|---|---|
| **You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under 11 U.S.C.§1141(d)(3) or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). | **Filing deadline for dischargeability complaints: 4/12/21** |

**Deadline for filing proof of claim:**

| **For all creditors (except a governmental unit):** | 3/23/21 |
|---|---|
| **For a governmental unit:** | 7/12/21 |

A proof of claim is a signed statement describing a creditor's claim. A Proof of Claim may be filed electronically from the court's web site at http://www.mdb.uscourts.gov/content/electronic–filing–claims. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.

Your claim will be allowed in the amount scheduled unless:
• your claim is designated as *disputed*, *contingent*, or *unliquidated*;
• you file a proof of claim in a different amount; or
• you receive another notice.

If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.

You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov.

Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.

| **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing Deadline:** 30 days after the *conclusion* of the meeting of creditors |
|---|---|

| 9. | **Creditors with a foreign address** | If you are a creditor receiving mailed notice at a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
|---|---|---|
| 10. | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate the debtor's business. |
| 11. | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of a debt. See 11 U.S.C. § 1141(d). However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you believe that a particular debt owed to you should be excepted from the discharge under 11 U.S.C. § 523 (a)(2), (4), or (6), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1141 (d)(3), you must file a complaint and pay the filing fee in the clerk's office by the first date set for the hearing on confirmation of the plan. The court will send you another notice telling you of that date. |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 7. |
| 13. | **Debtor electronic bankruptcy noticing** | The U.S. Bankruptcy Court for the District of Maryland offers all parties the ability to receive court notices and orders via email, instead of U.S. mail. To participate, debtors must complete and file a DeBN request form with the Court –– additional information is available under Programs & Services at http://www.mdb.uscourts.gov. Other parties (non–debtors) can register at ebn.uscourts.gov. |