**THE WEISS LAW GROUP, LLC**
Brett Weiss, #02980
8843 Greenbelt Road, Box 299
Greenbelt, Maryland 20770
Telephone:   (301) 924-4400
Facsimile:    (240) 627-4186
brett@BankruptcyLawMaryland.com

*Counsel to the Debtor*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In re:<br><br>**META KARLISE TOWNSEND,**<br><br>    *Debtor.* | Case No. 21-10212 NVA<br><br>Chapter 11 (SBRA) |
| **MOTION TO WITHDRAW APPEARANCE OF COUNSEL** | |

**NOW COME** The Weiss Law Group, LLC, and Brett Weiss, Counsel, and pursuant to Local Rule 9010-4, move this Court to withdraw their appearance in the above-captioned matter. In support of this Motion, Counsel respectfully state as follows:

1.   Counsel have represented the Debtor in the within Chapter 11 case since its voluntary filing under the provisions of the Small Business Reorganization Act on January 12, 2021.

2.   As indicated at the Status Conference held on November 7, 2025, issues have arisen between Counsel and the Debtor in this matter that prevent Counsel from continuing to appropriately and properly continue Counsel's representation without conflict.

3.   Pursuant to Local Rule 9010-4(a)(2)(B), Counsel notified the Debtor on March 20, 2025, of the intent to withdraw and advised her to retain new counsel. A copy of the Letter of Intent to Withdraw is attached and incorporated herein as Exhibit #1.

4. The last known address of the Debtor is: 136 Clarence Avenue, Severna Park, Maryland 21146.

5. Because of the pendency of the continued Status Conference on November 21, 2025, and a desire to attempt to resolve at least some of the matters raised at the November 7, 2025, Status Conference, it is requested that the Court defer ruling on this Motion until November 21, 2025.

**WHEREFORE,** Counsel pray that this Court withdraw their appearance as counsel for Debtor.

Date: November 7, 2025               Respectfully Submitted,

                                     THE WEISS LAW GROUP, LLC

                                     By: _____/s/ Brett Weiss_____
                                           BRETT WEISS

### CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of November, 2025, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the above pleading will be served electronically by the Court's CM/ECF system on the following:

Monique Desiree Almy     malmy@crowell.com
Hugh M. (UST) Bernstein     hugh.m.bernstein@usdoj.gov
Nikita Rajendra Joshi     Nikita.Joshi@bww-law.com
Gregory Christopher Mullen     bankruptcy@bww-law.com
James C. Olson     jolson@jamesolsonattorney.com
Hunter C. Piel     hpiel@piellawfirm.com
Daniel Alan Staeven     daniel.staeven@frosttaxlaw.com
US Trustee - Baltimore     USTPRegion04.BA.ECF@USDOJ.GOV
Scott Bryan Wheat     swheat@piellawfirm.com

I hereby further certify that on the 7th day of November, 2025, a copy of the above pleading was also mailed first class mail, postage prepaid, to:

American Coradius International LLC, 2420 Sweet Home Road, #150, Buffalo, NY 14228-2244
ANNE ARUNDEL COUNTY OFFICE OF LAW, ATTN MARGARET V DALL'ACQUA, 2660 RIVA ROAD, 4TH FLOOR, ANNAPOLIS MD 21401-7180
Baltimore City, 6700 Pulaski Hwy, Baltimore, MD 21237-1296
BANK OF AMERICA, PO BOX 982238, EL PASO, TX 79998-2238
Bay Country Consumer Finance, Law Office of H. Fred Climidora. P.A., P.O. Box 35044, Baltimore MD 21222-7044

BB&T Now Truist, PO Box 1847, 100-50-01-51, Wilson, NC 27894-1847

Brumwells Instant Heating & AC Inc., 3915 Mountain Road, Pasadena, MD 21122-4448

CENLAR FSB, 425 PHILLIPS BLVD, EWING NJ 08618-1430

Center for Vein Restoration, 7300 Hanover Drive, Suite 303, Greenbelt, MD 20770-2249

CEP AMERICA DBA VITUITY, ATTN VITUITY, 2100 POWELL STREET SUITE 400, EMERYVILLE CA 94608-1872

City of Dillon, NC, 401 West Main Street, Dillon, SC 29536-3367

Colonial National Mortgage, a division of Col, 2626 West Freeway Building B, Fort Worth, TX 76102-7109

Colonial Savings, F.A., PO Box 2988, Fort Worth, TX 76113-2988

COMPTROLLER OF MARYLAND, BANKRUPTCY UNIT, 7 ST PAUL STREET SUITE 230, BALTIMORE MD 21202-1626

Credit Collection Services, 2 Wells Ave, Newton, MA 02459-3225

CreditOne Bank, PO Box 98873, Las Vegas, NV 89193-8873

DHL Express USA, 16592 Collections Center Drive, Chicago, IL 60693-0001

FBCS Consumer Contact Solutions, 3305 Warminster Road, #353, Hatboro, PA 19040

Fedloan Servicing, PO Box 69184, Harrisburg, PA 17106-9184

Heart Associates, LLC, 7846 Oakwood Road #106, Glen Burnie, MD 21061

ICS Financial Svcs Corp., PO Box 507, Jarrettsville, MD 21084-0507

INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346

Mark D. Collins, Esq., Richards, Layton & Finger, P.A., 920 North King Street, Wilmington, DE 19801-3301

MARYLAND TRANSPORTATION AUTHORITY, 2310 BROENING HIGHWAY, BALTIMORE MD 21224-6673

Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037

Professional Account Management LLC, PO Box 37038, Washington, DC 20013-7038

Richa Law Group, LLC, 4800 Hampden Lane, Suite 200, Unit 5, Bethesda, MD 20814-2934

Severna Park Veterinary Hospital, 4 Evergreen Road, Severna Park, MD 21146-3802

State of Delaware, 1200 Whittaker Road, Newark, DE 19702-1018

THE HERTZ CORPORATION, 8501 WILLIAMS ROAD, ESTERO FL 33928-3325

Thomas B. Day, MD, 7001 Johnnycake Road, Windsor Mill, MD 21244-2419

TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY, TBTA TOLL GROUP, 2 BROADWAY 24TH FLOOR, NEW YORK NY 10004-2207

Truist Bank, 214 N. Tryon Street, Charlotte, NC 28202-1078

U.S. Bank NA, as Trustee, c/o Cenlar FSB, Attn: Bankruptcy Department, 425 Phillips Blvd, Ewing, NJ 08618-1430

UM Baltimore Washington Heart Associates, Dr. Jorge M. Ramirez, 7845 Oakwood Road, Suite 106, Glen Burnie, Maryland 21061

Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901

WAKEFIELD & ASSOCIATES, PO BOX 58, FORT MORGAN CO 80701-0058

Whiteford Taylor & Preston, LLP, 111 Rockville Pike, Suite 800, Rockville, MD 20850-5171

          /s/ Brett Weiss
          Brett Weiss