_____          ✓ RETAIN

**Nancy V. Alquist , U. S. BANKRUPTCY JUDGE**          Evidentiary Hrg: Y/**N**
                                                       Exhibits Filed: Y/**N**

PROCEEDING MEMO - CHAPTER 11

                                              Date: 11/21/2025 Time: 11:00

CASE: 21-10212 Meta Karlise Townsend

Brett Weiss and Daniel Alan Staeven representing Meta Karlise Townsend (Debtor)

representing Monique Desiree Almy (Trustee)
Hugh M. (UST) Bernstein representing US Trustee - Baltimore (U.S. Trustee)

[1] Chapter 11 Subchapter V Voluntary Petition Individual. Fee Amount $1738 Filed by Meta Karlise Townsend. Ch 11 Plan Small Bus Subch V Due by 04/12/2021. Government Proof of Claim due by 07/12/2021. Schedules A/B-J due 01/26/2021. Statement of Financial Affairs due 01/26/2021. Summary of Assets and Liabilities due 01/26/2021. Incomplete Filings due 01/26/2021

MOVANT : Meta Townsend BY B Weiss D Staeven

[187] Motion to Withdraw as Attorney Filed by The Weiss Law Group, LLC. (Attachments: #s2 Proposed Order)

*(handwritten: Meta Townsend)*

MOVANT : The Weiss Law Group, LLC BY B Weiss

PLAN/DISCLOSURE STATEMENT DISPOSITIONS:

    Approved_____ Denied Approval_____ Deadline to file Amended D/S_____

    Other_____

    Confirmed_____ as modified by _____

    Denied Confirmation_____ with leave to amend by_____

    Other_____

DISPOSITIONS: *Status Conference continued to January 16, 2026 at 2:30pm*

    Granted____ Denied____ Withdrawn____ Consent____ Default____ Under Adv.____

    Moot_____ Dismissed_____ Relief by Operation of Law (no order req.)_____

    Continued to: _____

DECISION:  *- current liens under LR 3002-1 due Dec. 22, 2025*

    [ ] Signed by Court                [ ] Filed by Counsel
    [ ] To be prepared by:

                         21-10212: 1 of 2

[ ] Movant's counsel        [ ] Court
[ ] Respondent's counsel    [ ] Other _____

NOTES: